## Vitagraph Company of America, Appellee, v. Herman F. Schuettler, Appellant.

### Gen. No. 23,561.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. ROBERT E. CROWE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed March 12, 1918.

### Statement of the Case.

Petition by Vitagraph Company of America, a corporation, petitioner, against Herman F. Schuettler, General Superintendent of Police of the City of Chicago, defendant, for mandamus to compel the issue of a permit for the exhibition of a photoplay. From a judgment overruling a general demurrer to the petition, defendant appeals.

SAMUEL A. ETTELSON, for appellant; CHESTER E. CLEVELAND, GEORGE KANDLIK, and ROY S. GASKILL, of counsel.

BENJAMIN F. RICHOLSON and LEWIS F. JACOBSON, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. MANDAMUS, § 150*—*when petition for writ of to compel issuance of permit to exhibit photoplay is sufficient as against general demurrer.* A petition for a writ of mandamus to compel the issue by a city officer of a permit to exhibit a photoplay which sufficiently sets forth by appropriate averments facts tending to show that the photoplay, as represented by the film, conforms to and does not in any way conflict with the requirements of the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

city ordinances, and that a permit was arbitrarily refused, is good as against a general demurrer, even though it contains surplusage.

2. MANDAMUS—*what not proper practice as to time for passing upon motion for appeal from judgment granting, writ.* On a petition for a writ of mandamus, it is not in accordance with practice or the spirit of the law for the court to defer passing upon a duly-presented motion for appeal from a judgment granting the writ until after the writ has issued.